754 A.2d 1208

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. SEVERIANO MERCEDES, DEFENDANT–
PETITIONER.

June 26, 2000.

## ON PETITION FOR CERTIFICATION

The Court having determined that because *State v. Brimage*, 153 *N.J.* 1, 706 *A.*2d 1096 (1998), was decided prior to defendant's sentencing, the Guidelines adopted pursuant to that decision should apply:

And good cause appearing;

It is ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for resentencing consistent with the *Brimage* Guidelines. If the court determines not to sentence in accordance with the Guidelines, the record on remand shall include a statement of reasons supporting that determination.

Jurisdiction is not retained.